UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     **INFORMATION**

       - v. -                    :     09 Cr.

~~JOHN DOE~~, JOSEPH S. BARONE           09 CRM 091

        Defendant.          :

- - - - - - - - - - - - - - - - - -x

**COUNT ONE**
(Murder for Hire)

The United States Attorney charges:

In or about January 2009, in the Southern District of New York and elsewhere, JOHN DOE, the defendant, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate and agree together and with each other to travel in and cause another to travel in interstate and foreign commerce with intent that a murder be committed in violation of the laws of any State and the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, to wit, money.

(Title 18, United States Code, Section 1958.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

_Lev L. Dassin_
LEV L. DASSIN
Acting United States Attorney